**CALIFORNIA CONSUMER ATTORNEYS, P.C.**
Sepehr Daghighian (SBN 239349)
sd@calattorneys.com
Brian T. Shippen-Murray (SBN 288188)
btm@calattorneys.com
10866 Wilshire Boulevard, Suite 1200
Los Angeles, California 90024
Telephone: (310) 872-2600
Facsimile: (310) 730-7377
Attorneys for Plaintiff,
BRETT REDFERN

**CLARK HILL**
Michael B. Sachs (SBN 235048)
msachs@clarkhill.com
Georges A. Haddad (SBN 241785)
ghaddad@clarkhill.com
505 Montgomery Street, 13th Floor
San Francisco, California 94111
Telephone: (415) 984-8506
Facsimile: (415) 984-8599
Attorneys for Defendant,
FCA US, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT REDFERN, an individual, | Case No.: 3:20-cv-01175-EMC |
| Plaintiff, | Judge: Hon. Edward M. Chen |
| vs. | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| FCA US, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | Filed: January 13, 2020 |
| Defendants. | |

Plaintiff Brett Redfern ("Plaintiff") and defendant FCA US LLC ("Defendant" or "FCA") (collectively the "Parties") acting through counsel, and in consideration of a negotiated settlement, hereby stipulate to and jointly request that this entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  3/14/22           **CALIFORNIA CONSUMER ATTORNEYS**

   /s/ Sepehr Daghighian
Sepehr Daghighian
Brian T. Shippen-Murray
Attorneys for Plaintiff,
BRETT REDFERN

Dated:  3/14/22           **CLARK HILL, LLP**

   /s/ Georges A. Haddad
Michael B. Sachs
Georges A. Haddad
Attorneys for Defendant,
FCA US LLC

## **ORDER**

The Stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: _____             _____

United States District Court Judge